FILE COPY

No. 07-21-00067-CR

| | | |
|---|---|---|
| Hasseh El Bey | § | From the 222nd District Court |
|   Appellant | |   of Oldham County |
| | § | |
| v. | | May 17, 2021 |
| | § | |
| The State of Texas | | Opinion Per Curiam |
|   Appellee | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated May 17, 2021, it is ordered, adjudged, and decreed that this appeal be dismissed for want of jurisdiction.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o